

# Diaz & Moskowitz, PLLC
Attorneys at Law

**John A. Diaz, Esq.**                                                                 www.dmlawny.com

June 15, 2020

**VIA ECF**
The Honorable P. Kevin Castel
United States District Judge
Southern District of New York
United States Courthouse
500 Pearl Street
New York, New York 10007

                        Re:    **United States v. Paul Maiolini,**
                                    **15 Cr. 419 (PKC)**

Dear Judge Castel:

      I represent Paul Maiolini, the defendant in the above referenced matter. Mr. Maiolini was sentenced by the Court on October 1, 2015, to 48 months imprisonment and three years of supervised release. The purpose of this letter is to respectfully request that the Court authorize early termination of Mr. Maiolini's supervised release. Both the Probation Department and the U.S. Attorney's office have been consulted regarding this request and they consent. Mr. Maolini was released from custody on March 27, 2019. Since that time, he has successfully completed programs in anger management and drug treatment and has consistently tested negative for all substances. Further, Mr. Maiolini has been gainfully employed since that date as a steel worker with local 40. As a result, it is respectfully requested that the Court remove this case from the Department of Probation's caseload and authorize early termination of the defendant's term of supervised release. The Court's time and attention to this matter are greatly appreciated.

                                                Respectfully submitted,

                                                /s/

                                                John A. Diaz, Esq.

*Application granted. SO ORDERED. /s/ USDJ 6-16-20*

---

Garden City Office:                                                                                                                                     New York Office:
1225 Franklin Avenue                                                                                                                                    225 Broadway

Suite 325                                                                                                                                                          Suite 715
Garden City, NY 11530                                                                                                                      New York, NY 10007
(516) 686-6444                                                                                                                                        (212) 227-8208
                                                                                                                                                                                                                                                      Fax (212) 566-8165